HARRY GOODMAN, Appellant, v. LOUIS RUBINSTEIN and Another, Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

WILLIAM W. CUNNINGHAM, Appellant, v. ROBERT LOGIE and Another, Respondents.— Order reversed, without costs, and motion granted to the extent of striking from the original order for examination the items Nos. 2 and 3. The date for the examination to proceed to be fixed in the order. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

MILTON C. QUIMBY, Respondent, v. SCANDINAVIAN-AMERICAN SHIPPING CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that it does not appear that the party sought to be examined has any personal knowledge of the matters which are the subject of the examination. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

CARL FREDERICK GUGGENBUEHLER, Respondent, v. CAST-A-LINER COMPANY, INC., and Others, Appellants.— Order modified by providing that the injunction shall become inoperative in the event that defendants within five days from service of this order with notice of entry thereof file an undertaking in the sum of $5,000 for any damages plaintiff may sustain, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

FRANCES M. CARLETON, Respondent, v. ALEXANDER CARLETON, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

J. KEARSLEY MITCHELL and Another, Respondents, v. WILLIAM F. HUDSON and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

HUGH F. CURRY, Respondent, v. FRANCIS X. CODY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

SIEGFRIED LOWENTHAL, INC., Respondent, v. DAVID A. SULLIVAN, Impleaded with ANNA F. SULLIVAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

GEORGE H. BENSEN, Respondent, v. GEORGE W. FANNING and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

SARAH GOLDBERG, Respondent, v. DANIEL SMITH, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.